IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SHELTON HARRISON and ) | |
| BRUCENE HARRISON, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil No. 3:10-0714 |
| ) | Judge Trauger |
| ASHLAND GP, LLC, an Alabama Limited ) | |
| Liability Company, ASHLANDPLACE, LP, ) | |
| an Alabama Limited Partnership, and ) | |
| RICHARD F. PRUETT, ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

The plaintiffs' Motion requesting that the court waive the Local Rule 83.01(h) requirement of associating local counsel (Docket No. 6) is **GRANTED** for the time being. Should the court see the necessity for insisting that local counsel participate in this case, the court may revisit this issue at a later time.

It is so **ORDERED**.

ENTER this 9th day of August 2010.

_____
ALETA A. TRAUGER
U.S. District Judge