IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SHELTON HARRISON and ) | |
| BRUCENE HARRISON, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No.: 3:10-CV-0714 |
| v. ) | Judge Trauger |
| ) | |
| ASHLAND GP, LLC, ASHLANDPLACE, LP, ) | |
| and RICHARD F. PRUETT, ) | |
| ) | |
| Defendants. ) | |

## ORDER

For the reasons discussed in the accompanying Memorandum, the defendants' Motion to Dismiss (Docket No. 19) is **DENIED**.

It is so ordered.

Enter this 28th day of September 2010.

ALETA A. TRAUGER
United States District Judge