IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SHELTON HARRISON, et.al. | \| |
| Plaintiffs | \| |
| | \| |
| vs. | \|    Civil Action No. 3:10-cv-00714 |
| | \|    Judge Trauger |
| | \|    Magistrate Judge Bryant |
| ASHLAND GP, LLC, etc., et.al. | \| |
| Defendants | \| |

**NOTICE OF MEDIATION AND
JOINT MOTION TO REVISE CASE MANAGEMENT ORDER**

The parties respectfully inform the Court that they have decided that mediation would be productive in this matter, and have selected Tracy Shaw as their mediator. The earliest date Mr. Shaw had available was April 13, 2011. The parties would like to stay discovery while they mediate, as avoiding the costs of litigation will help facilitate a settlement. Accordingly, they propose to extend the discovery deadlines as set forth in the attached Revised Proposed Case Management Order, and request that the Court set a new trial date on or after December 13, 2011.

Respectfully submitted,

*/s/ Timothy A. Glut*
D. Edward Harvey (No. 010468)
Timothy A. Glut (No. 018001)
Farris Mathews Bobano, PLC
618 Church Street, Suite 300
Nashville, TN 37219
Tel. (615) 726-1200
Fax. (615) 726-1776 facsimile
*Counsel for Plaintiffs*