IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SHELTON HARRISON, et.al.<br>Plaintiffs | |
| vs. | Civil Action No. 3:10-cv-00714<br>Judge Trauger<br>Magistrate Judge Bryant |
| ASHLAND GP, LLC, etc., et.al.<br>Defendants | |

## {REVISED}{PROPOSED} CASE MANAGEMENT ORDER

Sections A-E of the Initial Case Management Order have not changed.

F. DISCOVERY:

(1) Discovery is not stayed during dispositive motions, unless ordered by the court. Local Rule 33.01(b) is expanded to allow 40 interrogatories, including sub-parts. No motions concerning discovery are to be filed until after the parties have conferred in good faith and, unable to resolve their differences, have scheduled and participated in a telephone call with Judge Trauger.

(2) All parties shall complete all written discovery and depose all fact witnesses on or before June 1, 2011.

G. MOTIONS TO AMEND: The parties shall file all Motions to Amend on or before October 29, 2010.

H. DISCLOSURE OF EXPERTS: The Plaintiffs shall identify and disclose all expert witnesses and expert reports on or before May 15, 2011. The Defendants shall identify and disclose all expert witnesses and expert reports on or before June 15, 2011.

I.	DEPOSITIONS OF EXPERT WITNESSES: The parties shall depose all expert witnesses on or before July 15, 2011.

J.	JOINT MEDIATION REPORT: The parties shall file a joint mediation report on or before May 1, 2011.

K.	DISPOSITIVE MOTIONS: The parties shall file all dispositive motions on or before August 15, 2011.  Responses to dispositive motions shall be filed within twenty (20) days after the filing of the motion. Optional replies may be filed within ten (10) days after filing the response. Briefs shall not exceed <u>20 pages</u>. No motion for **partial** summary judgment shall be filed except upon leave of Court. Any party wishing to file such motion shall first file a separate motion that gives the justification for filing a partial summary judgment motion in terms of overall economy of time and expense for the parties, counsel and the court.

L.	ELECTRONIC DISCOVERY: The parties expect to reach agreements on how to conduct electronic discovery. Therefore, the default standard in Administrative Order No. 174 need not apply to this case.

M.	ESTIMATED TRIAL TIME:  The parties request that the trial date be rescheduled to any date after December 13, 2011.  The parties expect the bench trial of this matter to last approximately 2 days.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge

APPROVED FOR ENTRY:

*/s/ Timothy A. Glut*
D. Edward Harvey (No. 010468)
Timothy A. Glut (No. 018001)
FARRIS MATHEWS BOBANO, PLC
618 Church Street, Suite 300
Nashville, TN 37219
Tel. (615) 726-1200
Fax. (615) 726-1776 facsimile
*Counsel for Plaintiffs*


*/s/ B. Grant Dickson*
Michael G. Abelow (No. 26710)
B. Grant Dickson (No. 29132)
SHERRARD & ROE, PLC
424 Church Street, Suite 2000
Nashville, Tennessee 37219
Phone: (615) 742-4200
Fax: (615) 742-4539
*Counsel for Defendants*