IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| SHELTON HARRISON<br>BRUCENE HARRISON,<br><br>    Plaintiffs,<br><br>v.<br><br>ASHLAND GP, LLC<br>An Alabama Limited Liability Company<br>ASHLAND PLACE, LP<br>An Alabama Limited Partnership<br>RICHARD F. PRUETT,<br>An individual.<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 3:10-CV-0714<br><br><br><br>Magistrate Judge Bryant |

## AGREED ORDER OF DISMISSAL

Pursuant to the Agreement of the Parties, as evidenced by the signatures of the Harrisons and Defendants' counsel below, the Parties having informed the Court that they have reached a resolution in full of this matter, it is hereby ORDERED that this action, including all claims, counterclaims and causes of action which were or could have been asserted, be and hereby is dismissed with prejudice with each Party bearing its own discretionary costs, expenses and attorneys' fees. ~~Court costs, if any, are taxed to the Defendants, for which execution may issue, if necessary.~~

It is so **ORDERED**.

*s/ John S. Bryant*
―――――――――――――――――
JOHN S. BRYANT
United States Magistrate Judge

APPROVED FOR ENTRY:

*/s/ Brucene Harrison*
*/s/ Shelton Harrison by Brucene Harrison*
Brucene Harrison
Shelton Harrison
1779 Kirby Parkway #1 – Box 85
UPS Store
Memphis, TN 38138-0631

*Plaintiffs*

*/s/ Michael G. Abelow*
Michael G. Abelow (No. 26710)
B. Grant Dickson (No. 29132)
SHERRARD & ROE, PLC
150 3rd Ave. South, Suite 1100
Nashville, Tennessee 37201
Phone: (615) 742-4200
Fax: (615) 742-4539

*Counsel for Defendants*